UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WARNER BROS. RECORDS INC., *et al.*, | § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION H-07-487 |
| ANTHONY LAND, | § § | |
| *Defendant*. | § § | |

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

In accordance with the court's Order signed this date, the court finds that FINAL JUDGMENT should be entered in favor of the plaintiffs. Accordingly, the court hereby ADJUDGES, ORDERS, AND DECREES the following:

1. Defendant shall pay damages to plaintiffs for infringement of plaintiffs' copyrights in the sound recordings listed in Exhibit A to plaintiffs' complaint, in the total principal sum of Eight Thousand Two Hundred Fifty Dollars ($8,250.00).

2. Defendant shall play plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

    - "Could It Be," on album "Ghetto Love," by artist "Jaheim" (SR# 295-088);

    - "She Swallowed It," on album "Efil4zaggin'," by artist "NWA" (SR# 137-627);

- "8 Ball," on album "Straight Outta Compton," by artist "NWA" (SR# 150-531);

- "Bitch Niggaz," on album "2001," by artist "Dr. Dre" (SR# 277-983);

- "On Bended Knee," on album "II," by artist "Boyz II Men" (SR# 196-004);

- "My First Love," on album "My Thoughts," by artist "Avant," (SR# 281-220);

- "Love No Limit," on album "What's The 411?," by artist "Mary J. Blige" (SR# 149-212);

- "Red Light Special," on album "CrazySexyCool," by artist "TLC" (SR# 198-743);

- "Lately," on album "Tyrese," by artist "Tyrese" (SR# 237-788);

- "Halfcrazy," on album "Juslisen," by artist "Musiq" (SR# 308-859);

- "Just a Baby Boy," on album "2000 Watts," by artist "Tyrese" (SR# 293-345);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the plaintiffs (or any parent, subsidiary, or affiliate record label of plaintiffs) ("plaintiffs' recordings"), including, without limitation, by using the Internet or any online media distribution system to reproduce (i.e., download) any of plaintiffs' recordings, to distribute (i.e., upload) any of plaintiffs' recordings, or to make any of plaintiffs' recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of plaintiffs.  Defendant also shall destroy all copies of plaintiffs' recordings that defendant has downloaded onto any computer hard drive or serve without plaintiffs' authorization and shall

destroy all copies of those downloaded recordings transferred onto any physical medium or device in defendant's possession, custody, or control.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on June 13, 2007.

_____
Gray H. Miller
United States District Judge